IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BUI, | No. C 11-03167 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

The petition for a writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 26, 2013

SUSAN ILLSTON
United States District Judge