1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    RYAN BUI,                                    No. C 11-03167 SI

8              Petitioner,                        **JUDGMENT**

9       v.

     ANTHONY HEDGPETH, Warden,
10

11             Respondent.
     _____/

12

13         The petition for a writ of habeas corpus is denied.  Judgment is entered accordingly.

14

15         **IT IS SO ORDERED AND ADJUDGED.**

16

17   Dated: June 26, 2013                         _____
                                                  SUSAN ILLSTON
18                                                United States District Judge

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California